UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Kangde Xin America, LLC<br>8880 Mistletoe Drive<br>Easton, MD 21601<br><br>   Plaintiff,<br><br>v.<br><br>Wheeler Avenue, LLC<br>d/b/a Ocean Laminating Films<br>999 Pontiac Avenue<br>Cranston, RI 02920<br><br>   Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant Wheeler Avenue LLC respectfully files the within Notice of Removal in the above-captioned matter to this Honorable Court from the Circuit Court for Talbot County, Maryland, based on diversity of citizenship and as grounds therefor, states as follows:

1. On or about November 18, 2015 Plaintiff Kangde Xin America, LLC commenced the above-captioned civil action by filing a Complaint in the Circuit Court for Talbot County, Maryland against Defendant.

2. Defendant's registered agent for service was served with the Complaint on January 12, 2016.

3. A true and accurate copy of the Complaint and all state court pleadings served on Defendant are appended hereto as <u>Exhibit 1</u> (consisting of Writ of Summons, Complaint and Entry and Striking of Appearance). This Notice of Removal is timely filed as it is being filed

within 30 days of service of the Complaint upon Defendant and within one year of commencement of the action.

4. Pursuant to 28 U.S.C. §§ 1441 and 1332, complete diversity of citizenship exists because Plaintiff alleges in its Complaint that it is a Maryland limited liability company with its principal place of business at 8880 Mistletoe Drive, Easton, MD 21601 and Defendant is a Rhode Island limited liability company with its principal place of business at 999 Pontiac Avenue, Cranston, Rhode Island 02920.

5. The amount in controversy exceeds $75,000.00 exclusive of any claim for costs and attorney's fees. See Exhibit 1 at ¶¶ 9, 12, 22, 25, 30 and 34. This amount in controversy exceeds the jurisdictional threshold as provided by 28 U.S.C. § 1332.

6. By reason of the foregoing, this matter may be removed to this Honorable Court pursuant to 28 U.S.C. § 1441.

7. A copy of the Notice of Filing Petition for Removal issued to the Clerk of the Circuit Court of Talbot County, Maryland is appended hereto as Exhibit 2. This Notice will be served on Counsel for Plaintiff pursuant to 28 U.S.C. § 1441(d).

8. This Notice of Removal is filed within thirty (30) days of when federal diversity was first established, and within one year of when the lawsuit was originally filed.

9. This Honorable Court has jurisdiction of this civil action as the amount in controversy exceeds $75,000.00 exclusive of interest and costs and complete diversity exists between Plaintiff and Defendant pursuant to 28 U.S.C. § 1332.

10. Defendants, through counsel, present herewith payment of the filing fee in the amount of $400.00 as required by law.

WHEREFORE, Defendant Wheeler Avenue LLC respectfully requests that this action be removed from the Circuit Court for Talbot County, Maryland to this Honorable Court.

Respectfully submitted,

_____
Richard A. DeTar
McAllister, DeTar, Showalter & Walker LLC
100 N. West Street
Easton, Maryland 21601
(410) 820-0224 (phone)
(443) 746-3298 (facsimile)
rdetar@mdswlaw.com
**Federal Bar No.: 22437**
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2016 a copy of the foregoing was sent by first class mail, postage prepaid and electronic mail to:

Haifeng Hong, Esq.
1629 K Street NW, Suite 300
Washington, DC 20006

_____
Richard A. DeTar